**United States Bankruptcy Court**
Central District of California

In re  Aerosysng, Inc.
                        Debtor(s)

Case No. _____
Chapter   7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Richard H. Chae, declare under penalty of perjury that I am the CEO and Director of Aerosysng, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Richard H. Chae, CEO and Director of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Richard H. Chae, CEO and Director of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Richard H. Chae, CEO and Director of this Corporation is authorized and directed to employ Richard G. Heston 90738, attorney and the law firm of Heston & Heston, Attorneys at Law to represent the corporation in such bankruptcy case."

Date  12/07/2022                    Signed  _____
                                            Richard H. Chae

Resolution of Board of Directors
of
Aerosysng, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Richard H. Chae, CEO and Director** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Richard H. Chae, CEO and Director** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Richard H. Chae, CEO and Director** of this Corporation is authorized and directed to employ **Richard G. Heston 90738**, attorney and the law firm of **Heston & Heston, Attorneys at Law** to represent the corporation in such bankruptcy case.

Date _12/07/2022_    Signed _[signature]_

Date _____    Signed _____